THOMAS P. BROWN IV    State Bar No. 97315
tbrown@browngitt.com
SHERRY B. SHAVIT    State Bar No. 193222
sshavit@browngitt.com
ANI M. AKOPYAN    State Bar No. 234158
aakopyan@browngitt.com
**BROWN GITT LAW GROUP, LLP**
300 North Lake Avenue, Suite 200
Pasadena, California 91101
Telephone:  626.229.1919
Facsimile:  626.229.1917

Attorneys for Defendants
AUTOMATIC DATA PROCESSING, INC. and ADP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MY HOANG,<br><br>     Plaintiff,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC.; ADP, Inc. d/b/a. AD PROCESSING, INC.; and DOES 1 through 10,<br><br>     Defendants. | CASE NO.  C 09-03876 EMC<br><br>(San Mateo Superior Court, Case No. CIV486409)<br><br>[~~PROPOSED~~] ORDER GRANTING THE STIPULATED PROTECTIVE ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff My Hoang and Defendants Automatic Data Processing, Inc. and ADP, Inc. submitted a Stipulated Protective Order to the Honorable Edward M. Chen, judge presiding.  After considering the stipulated protective order, as well as all relevant pleadings, this Court grants the Stipulated Protective Order.  Counsel for Defendants is ordered to give notice of this ruling.

IT IS SO ORDERED.

Dated: _____1/19_____, 2010

_____
Judge of the N[...] trict Court

*IT IS SO ORDERED*
*Judge Edward M. Chen*

[PROPOSED] ORDER FOR PROTE[...]