THOMAS P. BROWN IV     State Bar No. 97315
tbrown@browngitt.com
SHERRY B. SHAVIT     State Bar No. 193222
sshavit@browngitt.com
ANI M. AKOPYAN     State Bar No. 234158
aakopyan@browngitt.com
**BROWN GITT LAW GROUP, LLP**
300 North Lake Avenue, Suite 200
Pasadena, California 91101
Telephone:     626.229.1919
Facsimile:     626.229.1917

Attorneys for Defendants
AUTOMATIC DATA PROCESSING, INC. and ADP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MY HOANG,<br><br>             Plaintiff,<br><br>        v.<br><br>AUTOMATIC DATA PROCESSING, INC.;<br>ADP, Inc. d/b/a. AD PROCESSING, INC.;<br>and DOES 1 through 10,<br><br>             Defendants. | CASE NO.  C 09-03876 EMC<br><br>(San Mateo Superior Court, Case No.<br>CIV486409)<br><br>**REQUEST FOR TELEPHONIC**<br>**APPEARANCE AT STATUS**<br>**CONFERENCE** ; ORDER<br><br>**Date:**       **March 10, 2010**<br>**Time:**       **2:30 P.M.** |

      Defendants Automatic Data Processing, Inc. and ADP, Inc., hereby requests to appear telephonically for the Status Conference scheduled before the Honorable Edward M. Chen on March 10, 2010, at 2:30 p.m.  Defendants realize that this should have been requested a week ago but the parties participated in Mediation before James Hodgkins, Esq. and we had hoped the case would have settled or that this Conference would have been accompanied by discovery.

Dated: March 9, 2010

IT IS SO ORDERED.
Court will call
Thomas Brown at
(626) 229-1919
between 2:30 and
3:15 p.m.

_____
Edward M.Chen
U.S. Magistrate Judge

BROWN GITT LAW GROUP, LLP

BY _____
Thomas P. Brown IV
Sherry B. Shavit
Ani M. Akopyan
Attorneys for Defendants
Automatic Data Processing, Inc. and
ADP, Inc.

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE