| | |
|---|---|
| Jason M. Erlich., Esq., | Cal. Bar # 203661 |
| jason@erlichlaw.com | |
| THE ERLICH LAW FIRM | |
| 150 Post Street, Suite 742 | |
| San Francisco, CA 94108 | |
| Tel: (415) 296-8420 | |
| Fax: (415) 296-8552 | |

Attorney for Plaintiff My Hoang

| | |
|---|---|
| THOMAS P. BROWN IV | Cal. Bar # 97315 |
| tbrown@browngitt.com | |
| SHERRY B. SHAVIT | Cal. Bar # 193222 |
| sshavit@browngitt.com | |
| ANI M. AKOPYAN | Cal. Bar # 234158 |
| aakopyan@browngitt.com | |

**BROWN GITT LAW GROUP, LLP**
300 North Lake Avenue, Suite 200
Pasadena, California 91101
Telephone:   626.229.1919
Facsimile:    626.229.1917

Attorneys for Defendants
AUTOMATIC DATA PROCESSING, INC.
and ADP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MY HOANG,

  Plaintiff,

vs.

AUTOMATIC DATA PROCESSING, INC.; ADP, INC. d/b/a AD PROCESSING, INC.; and DOES 1 through 10, inclusive,

  Defendants.

C09-3876 EMC

Case No. C~~V-03876-EMC~~

**NOTICE OF PRELIMINARY SETTLEMENT AGREEMENT & STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**   ; ORDER

| | |
|---|---|
| Date: | May 5, 2010 |
| Time: | 2:30 p.m. |
| Dept.: | Courtroom C |
| Judge: | Magistrate Edward Chen |

The parties, Plaintiff My Hoang and Defendants Automatic Data Processing, Inc. and ADP, Inc., by and through its undersigned counsel, stipulate and agree that a tentative settlement has been reached in this matter. The parties jointly request that the Case Management Conference currently set for March 10, 2010 at 2:30 p.m. be taken off calendar and continued until May 5, 2010 at 2:30 p.m. The parties anticipate that a written settlement agreement and a dismissal will be entered prior to the further case management conference.

Date: March 10, 2010    THE ERLICH LAW FIRM

    /S/
By: Jason M. Erlich, Esq.
Attorney for Plaintiff My Hoang

Date: March 10, 2010    BROWN GITT LAW GROUP, LLP

    /S/
By: Thomas P. Brown IV, Esq.
    Sherry B. Shavit, Esq.
    Ani M. Akopyan, Esq.
Attorneys for Defendants
AUTOMATIC DATA PROCESSING, INC.
and ADP, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*