| | | |
|---|---|---|
| 1 | Jason M. Erlich., Esq., | Cal. Bar # 203661 |
| | jason@erlichlaw.com | |
| 2 | THE ERLICH LAW FIRM | |
| | 150 Post Street, Suite 742 | |
| 3 | San Francisco, CA 94108 | |
| | Tel: (415) 296-8420 | |
| 4 | Fax: (415) 296-8552 | |

Attorney for Plaintiff My Hoang

| | | |
|---|---|---|
| 7 | THOMAS P. BROWN IV | Cal. Bar # 97315 |
| | tbrown@browngitt.com | |
| 8 | SHERRY B. SHAVIT | Cal. Bar # 193222 |
| | sshavit@browngitt.com | |
| 9 | ANI M. AKOPYAN | Cal. Bar # 234158 |
| | aakopyan@browngitt.com | |

**BROWN GITT LAW GROUP, LLP**
300 North Lake Avenue, Suite 200
Pasadena, California 91101
Telephone:   626.229.1919
Facsimile:    626.229.1917

Attorneys for Defendants
AUTOMATIC DATA PROCESSING, INC.
and ADP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MY HOANG, | Case No. C09-3876 EMC |
| Plaintiff, | **REQUEST FOR DISMISSAL & [P~~ROP~~OSED] ORDER DISMISSING ACTION** |
| vs. | |
| AUTOMATIC DATA PROCESSING, INC.; ADP, INC. d/b/a AD PROCESSING, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

- 1 -

The parties, Plaintiff My Hoang and Defendants Automatic Data Processing, Inc. and ADP, Inc., by and through its undersigned counsel, stipulate and agree that a settlement has been reached in this matter. Defendants Automatic Data Processing, Inc, ADP, Inc., and all causes of action asserted in this action shall be dismissed with prejudice.

Date: April 14, 2010

THE ERLICH LAW FIRM

/S/
By: Jason M. Erlich, Esq.
Attorney for Plaintiff My Hoang

Date: April 14, 2010

BROWN GITT LAW GROUP, LLP

/S/
By: Thomas P. Brown IV, Esq.
Sherry B. Shavit, Esq.
Ani M. Akopyan, Esq.
Attorneys for Defendants
AUTOMATIC DATA PROCESSING, INC.
and ADP, INC.

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]